# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

MESHAKE KONGWA,

Petitioner,

v.

DAVID A. MARIN, *et al.*,

Respondents.

Case No. 5:26-cv-02042-CV-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed objections to the Report and Recommendation, which the Court has considered, and is not persuaded by. The Court accepts the findings and recommendation of the Magistrate Judge. IT IS ORDERED that: (1) Judgment be entered denying the petition for writ of habeas corpus; and (2) the case is dismissed with prejudice.[1]

Dated: OCTOBER 8, 2026

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

[1] The Emergency Motion (Doc. # 21) filed on October 6, 2026, is therefore denied as moot.