JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

MESHAKE KONGWA,
Petitioner,
v.
DAVID A. MARIN, et al.,
Respondents.

Case No. 5:26-cv-02042-CV-MBK

JUDGMENT [JS-6]

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that the petition for writ of habeas corpus is DENIED and this action is dismissed with prejudice.

Dated: OCTOBER 8, 2026

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE